IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HENRY FORD, III | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-7159 |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2021-GS4, et al. | : | |

**ORDER**

AND NOW, this 3rd day of August, 2026, upon consideration of Defendant U.S. Bank National Association, as Trustee for Legacy Mortgage Asset Trust 2021-GS4's ("U.S. Bank") Motion to Dismiss (Dkt. No. 22), Office of The Sheriff of Delaware County and Sheriff Jerry Sanders, Jr's Motion to Dismiss (Dkt. No. 6), Stern & Eisenberg, PC, and Matthew Fallings' Motions to Dismiss (Dkt. No. 18), B&R Services for Professionals, Inc. and Granville Morris's Motion to Set Aside Default (Dkt. No. 13), U.S. Bank's Motion to Enjoin Future Filings, Deeming Plaintiff a Vexatious Litigant, and for Sanctions (Dkt. No. 23) and Plaintiff Robert Henry Ford, III's responses thereto—and for the reasons set forth in the accompanying Memorandum—it is ORDERED as follows:

- The Defendants' Motions to Dismiss Plaintiff's Complaint (Dkt. Nos. 6, 18, 22) are GRANTED;
- Counts I and III of Plaintiff's Complaint are DISMISSED WITH PREJUDICE for being time barred;
- Count II of Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a claim;
- The Motion to Set Aside Default (Dkt. No. 13) is GRANTED;

- Motion to Enjoin Future Filings, Deeming Plaintiff a Vexatious Litigant, and for Sanctions (Dkt. No. 23) is DENIED;
- The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.